# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RICHARD TAYLOR, ) | |
| ) | Civil Case No. 15 CV 06596 |
| Plaintiff, ) | |
| ) | Hon. Ruben Castillo |
| vs. ) | Judge Presiding |
| ) | |
| ALLIED BARTON SECURITY ) | Magistrate Judge Soat Brown |
| SERVICE, LLC, and SEIU LOCAL 1, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated by and between the Plaintiff, RICHARD TAYLOR, by his attorney, LISA KANE of LISA KANE & ASSOCIATES, and Defendant, ALLIED BARTON SECURITY SERVICE, LLC, by its attorney, DAVID C. HAMILTON of MARTENSON HASBROUCK & SIMON LLP, that this case be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), all parties to bear their own costs and fees.

Dated: February 29, 2016

| | |
|---|---|
| s/ Lisa Kane | s/ David C. Hamilton (By consent) |
| LISA KANE | DAVID C. HAMILTON |
| LISA KANE & ASSOCIATES | MARTENSON HASBROUCK & SIMON LLP |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT- ALLIED |
| 141 WEST JACKSON BOULEVARD | BARTON SECURITY SERVICE, LLC |
| SUITE 3620 | 3379 PEACHTREE ROAD, N.E. |
| CHICAGO, ILLINOIS 60604 | SUITE 400 |
| (312) 606-0383 | ATLANTA, GEORGIA 30326 |
| ATTORNEY CODE NO. 06203093 | (404)909-8118 |
| lisakane@scglobal.net | dhamilton@martensonlaw.com |